624 A.2d 489

COUNTY COMMISSIONERS OF CARROLL
COUNTY, MARYLAND

v.

Joseph D. STEPHENS.

No. 151, Sept. Term, 1991.

Court of Appeals of Maryland.

May 10, 1993.

Charles W. Thompson, Jr., County Atty. (Laurell E. Taylor, Asst. County Atty., both on brief), Westminster, for petitioner.

William B. Dulany (Dulany & Leahy, both on brief), Westminster, for respondent.

Argued before MURPHY, C.J., and ELDRIDGE, RODOWSKY, McAULIFFE, CHASANOW, KARWACKI and ROBERT M. BELL, JJ.

## ORDER

PER CURIAM.

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 10th day of May, 1993

ORDERED, by the Court of Appeals of Maryland, that the writ of certiorari be, and it is hereby, dismissed with costs, the petition having been improvidently granted.